IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA S. GRAMMER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:05 cv 67-D-A |
| MERCK & CO., INC., | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

### ORDER GRANTING STAY PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the stipulation of Plaintiff Annie Denton and Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the Stipulation, and the entire record in the cause, finds that the Stipulation is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

SO ORDERED, ADJUDGED and DECREED, this the 10 day of Jan, 2005.

_____
CHIEF JUDGE

JACKSON 1044056v1